**DISMISS and Opinion Filed October 21, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00531-CV**

**CHRISTOPHER GABRIEL, Appellant**

**V.**

**PO-YU CHEN, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 20C-082**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. By postcard dated September 1, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210531F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CHRISTOPHER GABRIEL,
Appellant

No. 05-21-00531-CV     V.

PO-YU CHEN, Appellee

On Appeal from the County Court At
Law No. 1, Kaufman County, Texas
Trial Court Cause No. 20C-082.
Opinion delivered by Justice Garcia.
Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered October 21, 2021